STATE of Missouri, Respondent,

v.

Lawrence CALLANAN, Appellant.

No. 70677.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 22, 1997.

Motion for Rehearing and/or Transfer to
Supreme Court Denied June 3, 1997.

Application to Transfer Denied
Aug. 19, 1997.

N. Scott Rosenblum, Clayton, Michael A. Gross, St. Louis, for appellant.

John Munson Morris, III, Jefferson City, for respondent.

Before CRAHAN, P.J., and GRIMM and HOFF, JJ.

*ORDER*

PER CURIAM.

Defendant appeals the judgment and sentence entered following his conviction by a jury on one count of murder in the first degree, § 565.020 RSMo 1994, and one count of armed criminal action, § 571.015 RSMo 1994, in the Circuit Court of St. Louis County. We have reviewed the briefs of the parties and the record on appeal and find the contentions on appeal to be without merit. An extended opinion reciting the facts and restating the principles of law would have no precedential value. We affirm the judgment pursuant to Rule 30.25(b).

Raymond and Shirley RUBEN,
Respondents,

v.

John and Sarah WEAVER, Taleta
and Glen Wesner, Appellant.

No. WD 52791.

Missouri Court of Appeals,
Western District.

April 22, 1997.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 27, 1997.

Application to Transfer Denied

Aug. 19, 1997.

Elwyn Cady, Independence, for appellant.

Harold Caskey, Butler, for respondents.

Before HANNA, P.J., and ELLIS and LAURA DENVIR STITH, JJ.

**ORDER**

PER CURIAM.

The defendants appeal from a partition suit judgment which ordered certain property to be sold rather than divided in-kind. Affirmed. Rule 84.16(b).